HAMMERSTEIN, Respondent, v. CONSTANTINO, Appellant. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Oscar Hammerstein against

Florence Constantino. T. M. Rowlette, of New York City, for appellant. L. J. Vorhaus, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 160 App. Div. 932, 145 N. Y. Supp. 1126.